UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAIXMUS FUTURO IRONWILL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>Defendants. | Case No. C23-6146-RSL-BAT<br><br>ORDER ADOPTING REPORT & RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 7), objections to the report and recommendation (Dkt. # 9), and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;
2. Plaintiff's claims are dismissed without prejudice;
3. Plaintiff's request for leave to amend his complaint (Dkt. # 9) is denied;
4. Plaintiff's motions to appoint counsel (Dkts. # 3, # 6) are denied;
5. The Clerk is directed to send a copy of this Order to the parties in this action and to Judge Tsuchida.

IT IS SO ORDERED.

DATED this 29th day of April, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT &
RECOMMENDATION - 1